IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICHARD H. BASS and DIANA F. BASS | § § § |
| Plaintiffs, | § § |
| VS. | § § Case No. 4:11CV633 |
| AMERICAN HOME MORTGAGE SERVICING, INC. f/k/a OPTION ONE MORTGAGE CORPORATION and DALLAS HOME LOANS, INC. | § § § § § § |
| Defendants. | § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 4, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand Based on Lack of Subject Matter Jurisdiction (Dkt. 7) be GRANTED, that Defendant American Home Mortgage Servicing, Inc.'s Motion to Dismiss (Dkt. 5) be DENIED as MOOT, that this matter be remanded in its entirety to 417th District Court of Collin County, Texas, and that no fees be awarded to Plaintiffs for the removal.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the

1

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiffs' Motion to Remand Based on Lack of Subject Matter Jurisdiction (Dkt. 7) is GRANTED, Defendant American Home Mortgage Servicing, Inc.'s Motion to Dismiss (Dkt. 5) is DENIED as MOOT, this shall matter be remanded in its entirety to 417th District Court of Collin County, Texas, and no fees shall be awarded to Plaintiffs for the removal.

**IT IS SO ORDERED.**

**SIGNED this the 1st day of July, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE